**DISMISS; and Opinion Filed August 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00283-CV

### STEVEN TORTOLANI, Appellant
### V.
### UNITED REVENUE CORPORATION, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04505**

## MEMORANDUM OPINION
Before Justices Bridges, Brown, and Nowell
Opinion by Justice Brown

Stating they have entered into a settlement agreement, the parties have filed a joint motion

for voluntary dismissal of the appeal. We grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a).


/Ada Brown/
ADA BROWN
JUSTICE

190283F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

STEVEN TORTOLANI, Appellant

No. 05-19-00283-CV        V.

UNITED REVENUE CORPORATION, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-04505.
Opinion delivered by Justice Brown, Justices Bridges and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 5th day of August, 2019.